FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2023

No. 04-22-00245-CV

Larry **CONN**, Laura Conn, and L-C Concrete, Inc. d/b/a Texas Concrete Construction Company,
Appellants

v.

Paul **BISHOP**, Individually And Derivatively On Behalf Of Medina Valley Materials, LLC,
Medina Valley Holdings, LLC, Medina Valley Land, LLC, Medina Valley Equipment, LLC,
And Medina Valley Concrete Construction, LLC, And Jacob Bishop, Individually And
Derivatively On Behalf Of Medina Valley Materials, LLC, Medina Valley Holdings, LLC,
Medina Valley Land, LLC, and Medina Valley Equipment, LLC,
Appellees

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02401
Honorable David A. Canales, Judge Presiding

# O R D E R

This accelerated appeal was set for submission on briefs on October 5, 2022.

On January 18, 2023, Appellants moved to abate this appeal. The motion states (1) the parties are actively engaged in settlement discussions, (2) they have agreed in principle on many of the terms for a settlement, but (3) they require additional time to complete their discussions and implement the settlement.

Appellees indicated they oppose Appellants' motion.

We invite Appellees to file a response. If Appellees choose to do so, Appellees must file the response within TEN DAYS of the date of this order.

It is so **ORDERED** on January 23, 2023.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT